UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOUTHREST, INC., | CASE NO. C19-0486JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HYATT HOTELS CORPORATION, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court SETS a hearing regarding the pending motion for preliminary injunction (Dkt. # 20) for May 21, 2019, at 10:00 a.m. Each side will be allocated 30 minutes at the hearing to address the court. During this time, the parties should expect questions from the court.

//

MINUTE ORDER - 1

1 | In light of this order, the court STRIKES as moot the pending motion for an order
2 | to show cause (Dkt. # 23).
3 | Filed and entered this 9th day of April, 2019.

                      WILLIAM M. MCCOOL
                      Clerk of Court

                      s/ Ashleigh Drecktrah
                      Deputy Clerk