The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOUTHREST, INC., a Washington corporation, dba The Woodmark; CARILLON PROPERTIES, a Washington general partnership<br><br>Plaintiffs,<br><br>v.<br><br>HYATT HOTELS CORPORATION, a Delaware corporation; DH KIRKLAND MANAGEMENT LLC, a Washington limited liability company; CORALTREE HOSPITALITY GROUP LLC, a California limited liability company,<br><br>Defendants. | CASE NO. 2:19-cv-00486-JLR<br><br>ORDER ON STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE ANSWERS [~~PROPOSED~~]<br><br>**NOTED ON MOTION CALENDAR:**<br>**May 6, 2019** |

Pursuant to the stipulated motion of the parties, IT IS HEREBY ORDERED that the return date for Defendants to file answers or other responsive pleadings to Plaintiffs' First Amended Complaint (Declaratory Judgment Pursuant to 28 USC § 2201) (Dkt. #36) shall be May 23, 2019.

IT IS SO ORDERED.

DATED this 7th day of May, 2019.

THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT

ORDER ON STIPULATED MOTION FOR EXTENSION OF
TIME FOR DEFENDANTS TO FILE ANSWERS - 1
CASE NO. 2:19-cv-00486-JLR

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

*Presented by:*

| | |
|---|---|
| SUMMIT LAW GROUP, PLLC | TONKON TORP LLP |
| By *s/ Philip S. McCune* | By *s/ Jon P. Stride* |
|    Philip S. McCune, WSBA #21081 |    Steven D. Olson, WSBA #39086 |
|    Alexander A. Baehr, WSBA #25320 |    Paul Conable, WSBA #43587 |
|    philm@summitlaw.com |    Jon P. Stride, WSBA #34686 |
|    alexb@summitlaw.com |    steven.olson@tonkon.com |
| |    paul.conable@tonkon.com |
|    315 Fifth Avenue S., Suite 100 |    jon.stride@tonkon.com |
|    Seattle, WA 98104-2682 | |
|    (206) 676-7000 |    1600 Pioneer Tower |
| And |    888 SW Fifth Avenue, Suite 1600 |
| |    Portland, OR 97024 |
|    Matthew W. Walch (*pro hac vice*) |    (503) 221-1440 |
|    matthew.walch@lw.com | |
|    LATHAM & WATKINS LLP | *Attorneys for Plaintiff* |
|    330 N. Wabash Avenue, Suite 2800 | |
|    Chicago, IL 60611 | HARRIGAN LEYH FARMER & THOMSEN LLP |
|    (312) 876-7603 | |
| | By *s/ Shane P. Cramer* |
| *Attorneys for Defendant Hyatt Hotels Corporation* |    Tyler L. Farmer, WSBA #39912 |
| |    Shane P. Cramer, WSBA #35099 |
| |    tylerf@harriganleyh.com |
| |    shanep@harriganleyh.com |
| | |
| |    999 Third Avenue, Suite 4400 |
| |    Seattle, WA 98104 |
| |    (206) 623-1700 |
| | And |
| |    Callie A. Bjurstrom (pro hac vice) |
| |    callie.bjurstrom@pillsburylaw.com |
| |    PILLSBURY WINTHROP SHAW PITTMAN LLP |
| |    501 West Broadway, Suite 1100 |
| |    San Diego, CA 92101 |
| |    (619) 544-3107 |
| | |
| |    Jeffrey D. Wexler (pro hac vice) |
| |    jeffrey.wexler@pillsburylaw.com |
| |    PILLSBURY WINTHROP SHAW PITTMAN LLP |
| |    725 S. Figueroa Street, 28th Floor |
| |    Los Angeles, CA 90017 |
| |    (213) 488-7129 |
| | |
| | *Attorneys for Defendant CoralTree Hospitality Group LLC* |

ORDER ON STIPULATED MOTION FOR EXTENSION OF
TIME FOR DEFENDANTS TO FILE ANSWERS - 2
CASE NO. 2:19-cv-00486-JLR

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001