Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOUTHREST, INC., a Washington corporation, dba The Woodmark; CARILLON PROPERTIES, a Washington general partnership,<br><br>                Plaintiffs,<br>v.<br><br>HYATT HOTELS CORPORATION, a Delaware corporation; DH KIRKLAND MANAGEMENT LLC, a Washington limited liability company; CORALTREE HOSPITALITY GROUP LLC, a California limited liability company,<br><br>                Defendants. | Civil Action No. 2:19-cv-00486-JLR<br><br>[~~PROPOSED~~] ORDER ON STIPULATED MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT AND DISCOVERY PLAN |

Pursuant to the stipulated motion of the parties, IT IS HEREBY ORDERED that the parties' Joint Status Report and Discovery Plan is due on or before May 31, 2019.

DATED this 22nd day of May, 2019.

_____
Honorable James L. Robart
United States District Court Judge

Presented by:

TONKON TORP LLP

By *s/ Jon P. Stride*
Jon P. Stride, WSBA No. 34686
Direct Dial: 503.802.2034
Email: jon.stride@tonkon.com

ORDER ON STIPULATED MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT/DISCOVERY PLAN
Civil No. – 2:19-cv-00486-JLR

-1-

Tonkon Torp LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503.221.1440

Attorneys for Plaintiffs

<u>Date of Presentation:</u>  May 21, 2019

ORDER ON STIPULATED MOTION FOR EXTENSION   -2-
OF TIME TO FILE JOINT STATUS
REPORT/DISCOVERY PLAN
Civil No. – 2:19-cv-00486-JLR

Tonkon Torp LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon  97204
503.221.1440