UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOUTHREST, INC., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>HYATT HOTELS CORPORATION, et al.,<br><br>　　　　　　Defendants. | CASE NO. C19-0486JLR<br><br>ORDER |

On May 21, 2019, Plaintiffs Southrest, Inc. and Carillon Properties (collectively, "Plaintiffs") filed a notice re-noting their motion for a preliminary injunction from June 7, 2019, to July 12, 2019. (*See* Notice (Dkt. # 47); *see also* MPI (Dkt. # 20).) Plaintiffs explained that the additional time "will permit the parties to conduct limited discovery," "allow plaintiffs to submit an amended memorandum in support of their [preliminary injunction] motion to include evidence uncovered through discovery[,] and will permit defendants to respond to plaintiffs' amended memorandum well in advance of the

ORDER - 1

hearing." (Notice at 1.)  Plaintiffs do not further specify what they envision for their "amended memorandum" or Defendants Hyatt Hotels Corporation, CoralTree Hospitality Group LLC, and DH Kirkland Management LLC's response(s) thereto.

In light of Plaintiffs' notice, the court ORDERS that any memorandum or response, when combined with the parties' underlying preliminary injunction motion or opposition, may not exceed the preliminary injunction motion page limits specified by the local rules.  *See* W.D. Wash. Local Rules LCR 7(e)(3) (explaining that motions for preliminary injunctions and briefs in opposition shall not exceed 24 pages; reply briefs shall not exceed 12 pages).

For example, Plaintiffs' preliminary injunction motion is 19 pages.  (*See generally* MPI); *see also* W.D. Wash. Local Rules LCR 7(e)(6) ("Captions, tables of contents, tables of authorities, signature blocks, and certificates of service need not be included within the page limit.").  Therefore, if Plaintiffs choose to file an amended memorandum in support of their preliminary injunction motion, the amended memorandum may not exceed five pages.  *See id.* LCR 7(e)(3).  Similarly, if Defendants choose to file a response to Plaintiffs' amended memorandum, the total number of pages of the response and the brief in opposition to the preliminary injunction motion may not exceed 24 pages combined.  *See id.*

Dated this 23rd day of May, 2019.

JAMES L. ROBART
United States District Judge