UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOUTHREST, INC., et al., | CASE NO. C19-0486JLR |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| HYATT HOTELS CORPORATION, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court understands that the parties would like to adjust the scheduling of certain motions. In light of this understanding, the court DIRECTS the Clerk to: (1) STRIKE the July 31, 2019, preliminary injunction hearing; (2) RENOTE the pending motion for preliminary injunction (Dkt. # 20) to September 16, 2019; and (3) TERMINATE the pending motion to dismiss (Dkt. # 50) and motion to consolidate (Dkt.

# 56). If the parties later require a preliminary injunction hearing or for the court to consider an appropriate motion, the parties may so inform the court if and when that becomes necessary.

Filed and entered this 10th day of July, 2019.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk