The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOUTHREST, INC., a Washington corporation, dba The Woodmark; CARILLON PROPERTIES, a Washington general partnership,<br><br>Plaintiffs,<br><br>v.<br><br>HYATT HOTELS CORPORATION, a Delaware corporation; DH KIRKLAND MANAGEMENT LLC, a Washington limited liability company; CORALTREE HOSPITALITY GROUP LLC, a California limited liability company,<br><br>Defendants. | CASE NO. 2:19-cv-00486-JLR<br><br>STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL<br><br>**NOTE ON MOTION CALENDAR:**<br>**OCTOBER 7, 2019** |
| DH KIRKLAND MANAGEMENT LLC,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>CARILLON PROPERTIES,<br><br>Counterclaim Defendant. | |

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
CASE NO. 2:19-cv-00486-JLR

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

# STIPULATION

Pursuant to the Rule 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between the undersigned counsel that all claims against Hyatt Hotels Corporation and DH Kirkland Management LLC and all counterclaims against Carillon Properties are dismissed in their entirety with prejudice, with each party to bear its own costs, including attorneys' fees.

DATED this 7th day of October, 2019.

| TONKON TORP LLP | SUMMIT LAW GROUP, PLLC |
|---|---|
| By *s/ Steven D. Olson*<br>Steven D. Olson, WSBA #39086<br>Paul Conable, WSBA #43587<br>Jon P. Stride, WSBA #34686<br>*steven.olson@tonkon.com*<br>*paul.conable@tonkon.com*<br>*jon.stride@tonkon.com*<br><br>1600 Pioneer Tower<br>888 SW Fifth Avenue, Suite 1600<br>Portland, OR 97024<br>(503) 221-1440<br><br>***Attorneys for Plaintiffs*** | By *s/ Philip S. McCune*<br>Philip S. McCune, WSBA #21081<br>Alexander A. Baehr, WSBA #25320<br>*philm@summitlaw.com*<br>*alexb@summitlaw.com*<br><br>315 Fifth Avenue S., Suite 100<br>Seattle, WA 98104-2682<br>(206) 676-7000<br><br>And<br><br>Matthew W. Walch (*pro hac vice*)<br>*matthew.walch@lw.com*<br>LATHAM & WATKINS LLP<br>330 N. Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>(312) 876-7603<br><br>***Attorneys for Defendant Hyatt Hotels Corporation and Defendant/Counterclaimant CH Kirkland Management LLC*** |

# ORDER

Pursuant to the foregoing Stipulation,

IT IS SO ORDERED.

DATED this _8th_ day of October, 2019.

THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL - 1
CASE NO. 2:19-cv-00486-JLR

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

*Presented by:*

| | |
|---|---|
| TONKON TORP LLP | SUMMIT LAW GROUP, PLLC |
| By *s/ Steven D. Olson* <br> Steven D. Olson, WSBA #39086 <br> Paul Conable, WSBA #43587 <br> Jon P. Stride, WSBA #34686 <br> steven.olson@tonkon.com <br> paul.conable@tonkon.com <br> jon.stride@tonkon.com <br><br> 1600 Pioneer Tower <br> 888 SW Fifth Avenue, Suite 1600 <br> Portland, OR 97024 <br> (503) 221-1440 <br><br> **Attorneys for Plaintiffs** | By *s/ Philip S. McCune* <br> Philip S. McCune, WSBA #21081 <br> Alexander A. Baehr, WSBA #25320 <br> philm@summitlaw.com <br> alexb@summitlaw.com <br><br> 315 Fifth Avenue S., Suite 100 <br> Seattle, WA 98104-2682 <br> (206) 676-7000 <br><br> And <br><br> Matthew W. Walch (*pro hac vice*) <br> matthew.walch@lw.com <br> LATHAM & WATKINS LLP <br> 330 N. Wabash Avenue, Suite 2800 <br> Chicago, IL 60611 <br> (312) 876-7603 <br><br> **Attorneys for Defendant Hyatt Hotels Corporation and Defendant/Counterclaimant CH Kirkland Management LLC** |

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL - 2
CASE NO. 2:19-cv-00486-JLR

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001