Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOUTHREST, INC., a Washington corporation, dba The Woodmark; CARILLON PROPERTIES, a Washington general partnership,<br><br>                  Plaintiffs,<br>v.<br><br>HYATT HOTELS CORPORATION, a Delaware corporation; DH KIRKLAND MANAGEMENT LLC, a Washington limited liability company; CORALTREE HOSPITALITY GROUP LLC, a California limited liability company,<br><br>                  Defendants. | Civil Action No. 2:19-cv-00486-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF SOUTHREST, INC. AND PLAINTIFF/COUNTERCLAIM DEFENDANT CARILLON PROPERTIES' MOTION FOR VOLUNTARY DISMISSAL<br><br>**NOTE ON MOTION CALENDAR: NOVEMBER 22, 2019** |
| DH KIRKLAND MANAGEMENT LLC,<br><br>                  Counterclaim Plaintiff,<br>v.<br><br>CARILLON PROPERTIES,<br><br>                  Counterclaim Defendant. | |

THIS MATTER having come before the Court on Plaintiff Southrest, Inc. and Plaintiff/Counterclaim Defendant Carillon Properties' Motion for Voluntary Dismissal, and the Court having reviewed the pleadings and evidence presented and on file in this case, and the Court being fully advised as to the issues presented, the Court hereby

/ / / / /

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL
Civil No. – 2:19-cv-00486-JLR

-1-

Tonkon Torp LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503.221.1440

1     ORDERS that Plaintiff Southrest, Inc. and Plaintiff/Counterclaim Defendant Carillon
2 Properties' Motion for Voluntary Dismissal is hereby GRANTED. Plaintiffs' Complaint is
3 dismissed without prejudice. Defendant Coraltree Hospitality Group, LLC's motion
4     DATED this 4th day of Nov., 2019. to dismiss (Dkt. #97) is
5     DENIED as moot.

                                                  _____
                                                  Honorable James L. Robart
                                                  United States District Court Judge

Presented by:

TONKON TORP LLP

By *s/ Steven D. Olson*
    Steven D. Olson, WSBA No. 39086
    Email: steven.olson@tonkon.com
    Paul Conable, WSBA No. 43587
    Email: paul.conable@tonkon.com
    Jon P. Stride, WSBA No. 34686
    Email: jon.stride@tonkon.com

Attorneys for Plaintiff Southrest, Inc. and
Plaintiff/Counterclaim Defendant Carillon Properties

[PROPOSED] ORDER GRANTING PLAINTIFFS'   -2-
MOTION FOR VOLUNTARY DISMISSAL
Civil No. – 2:19-cv-00486-JLR

Tonkon Torp LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503.221.1440

# CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following:

| | |
|---|---|
| Philip S. McCune, WSBA No. 21081<br>philm@summitlaw.com<br>Alexander A. Baehr, WSBA No. 25320<br>alexb@summitlaw.com<br>Summit Law Group, PLLC<br>315 Fifth Avenue S., Suite 1000<br>Seattle, WA 98104 | Tyler L. Farmer, WSBA No. 39912<br>tylerf@harriganleyh.com<br>Shane P. Cramer, WSBA No. 35099<br>shanep@harriganleyh.com<br>Harrigan Leyh Farmer & Thomsen LLP<br>999 Third Avenue, Suite 4400<br>Seattle, WA 98104 |
| Matthew W. Walch<br>*Admitted Pro Hac Vice*<br>matthew.walch@lw.com<br>Latham & Watkins LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br><br>*Attorneys for Defendant Hyatt Hotels Corporation and Defendant/Counterclaim Plaintiff DH Kirkland Management LLC* | Callie A. Bjurstrom<br>*Admitted Pro Hac Vice*<br>callie.bjurstrom@pillsburylaw.com<br>Pillsbury Winthrop Shaw Pittman LLP<br>501 West Broadway, Suite 1100<br>San Diego, CA 92101<br><br>Jeffrey D. Wexler<br>*Admitted Pro Hac Vice*<br>jeffrey.wexler@pillsburylaw.com<br>Pillsbury Winthrop Shaw Pittman LLP<br>725 S. Figueroa Street, 28th Floor<br>Los Angeles, CA 90017<br><br>*Attorneys for Defendant CoralTree Hospitality Group LLC* |

DATED this 28th day of October, 2019.

TONKON TORP LLP

By *s/ Steven D. Olson*
Steven D. Olson, WSBA No. 39086
Paul Conable, WSBA No. 43587
Jon P. Stride, WSBA No. 34686

Attorneys for Plaintiff Southrest, Inc. and Plaintiff/Counterclaim Defendant Carillon Properties

040483/00001/10484337v1